UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENRY M. JAGOS,

      Plaintiff,

                                         Case No. 12-CV-11955
v.                                       HON. GEORGE CARAM STEEH

XCELERATED INVESTMENTS, INC.,

      Defendant.
_____/

## DEFAULT JUDGMENT

On June 27, 2013, the court heard *pro se* plaintiff Henry Jagos' motion for entry of default judgment. Defendant Xcelerated Investments, Inc. failed to appear, to respond to the motion, or otherwise to defend this action. Accordingly,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of plaintiff Henry Jagos.

IT IS FURTHER ORDERED that statutory damages in the amount of $6,000.00, pursuant to 15 U.S.C. § 1681b, hereby are AWARDED and taxable costs in the amount of $350 hereby are AWARDED.

Dated: June 27, 2013

                                                       s/George Caram Steeh
                                                       GEORGE CARAM STEEH
                                                       UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

A copy of this Order was hand delivered to Henry M. Jagos on June 27, 2013, and mailed to Business Filings, Inc., Registered Agent for Xcelerated Investments Inc., 306 W. Main Street, Suite 512, Frankfort, KY 40601.

s/Barbara Radke
Deputy Clerk